UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION- IN ADMIRALTY

BLUE MARINE SHIPPING MEXICO S.A. DE C.V.

       Plaintiff,

v.

QV TRADING LLC. a/k/a QV TRADING LLC, U.S.A.

       Defendant
_____/

Case Number: 0:10-cv-60833-JIC

**DEFENDANT'S ANSWER TO COMPLAINT, AND COUNTER-CLAIM AND AFFIRMATIVE DEFENSES**

QV TRADING, LLC., Defendant, through his undersigned attorney, answers the Complaint filed by Plaintiff, BLUE MARINE SHIPPING MEXICO S.A. DE C.V., and files its Counter-Claim against BLUE MARINE SHIPPING MEXICO as follows:

**DEFENDANT'S AFFIRMATIVE DEFENSES UNDER RULE 12**

1. Venue is not proper in this jurisdiction, as the contract was not negotiated, signed, or carried out in this jurisdiction.

2. As pursuant to Rule 12(b)(6), Plaintiff has failed to state a claim on which relief can be granted. Clause H of the alleged charter agreement states that in the event of a breach of the Charter Agreement, relief for any loss, damage, or expense shall be granted solely to the "owner," BRITANNIA. Therefore, Plaintiff BLUE MARINE has no claim under which relief can be granted.

## ANSWERS TO PLAINTIFF'S COMPLAINT

1. Paragraph One is denied because Defendant lacks knowledge.

2. Paragraph Two of the complaint is denied.

3. Admit that Defendant QV, also known as QV TRADING, LLC U.S.A., is a limited liability corporation organized and existing under the laws of the State of Florida with its principle place of business at Coral Springs, Florida. Defendant admits that its members are citizens of the State of Florida.

4. Admit that Defendant QV TRADING LLC is a Florida limited liability corporation with its principle place of business in Broward County, Florida. The remainder of Paragraph Four is denied.

5. Paragraph Five of the complaint is denied.

6. Paragraph Six of the complaint is denied.

7. Paragraph Seven of the complaint is denied.

8. Admit that BLUE MARINE delivered the vessel M/V "SICHEM HONG KONG" to QV on or about March 26, 2010. Defendant denies the rest and remainder of Paragraph Eight for the reason that the same are untrue.

9. Paragraph Nine of the complaint is denied.

10. Paragraph Ten of the complaint is denied.

11. Paragraph Eleven of the complaint is denied.

12. Paragraph Twelve is denied because Defendant lacks knowledge.

## DEFENDANT'S COUNTER-CLAIM

1. Under the terms of the fixture, Plaintiff BLUE MARINE agreed to allow sub letting of the subject to owner's prior authorization, notice of which was not to be reasonably withheld.

2. Defendant QV arranged with and agreed to sub let the vessel M/V "SICHEM HONG KONG" to WORLD GAS BELIZE, LIMITED for four million, six hundred eighty thousand USD ($4,680,000), and authorization was requested by WORLD GAS BELIZE, LIMITED to BLUE MARINE.

3. BLUE MARINE breached the terms of the fixture by unreasonably withholding its authorization for the sub letting of the vessel M/V "SICHEM HONG KONG".

4. Due to BLUE MARINE'S breach of the fixture, QV has been damaged in the amount of four million, six hundred eighty thousand USD. $4,680,000

## DEFENDANT'S OTHER AFFIRMATIVE DEFENSES UNDER RULE 8

1. Defendant pleads the affirmative defense of failure to mitigate.

2. Defendant pleads the affirmative defense of payment.

3. Due it its vagueness and indecipherability, the charter agreement is unconscionable and therefore unenforceable.

4. Defendant pleads the affirmative defense of failure of consideration.

5. Defendant pleads the affirmative defense of estoppel.

6. Defendant pleads the affirmative defense of 3rd party fault.

7. Defendant pleads the affirmative defense of waiver.

8. To the extent that there exists an arbitration clause, Defendant pleads that the Plaintiff has failed in its duty to arbitrate the claim.

WHEREFORE, defendant QV TRADING LLC. moves this Court for entry of a Judgment in its favor of $4,680,000 against Plaintiff BLUE MARINE SHIPPING MEXICO S.A. DE together with any costs and any other relief which is deemed just and proper.

Dated July 7th 2010

/s/
John De Leon, Esq.
Attorney for the Defendant
Florida Bar No. 650390
5975 Sunset Drive, Suite 605
Miami, Florida 33143

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic delivery on this the 7th of July to all parties on the attached service list.

/s/
John De Leon, Esq.
Attorney for the Defendant
Florida Bar No. 650390

SERVICE LIST:

Jan M. Kuylenstierna, Esq.
Fowler White Burnett P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131